UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
ZUFFA, LLC d/b/a Ultimate Fighting
Championship,

                  Plaintiff,

  -against-                                      **ORDER OF DISMISSAL**

                                                         Civil Action No.
MILES POLLAK, Individually, and as officer, director,    1:20-CV-00397-RPK-SMG
shareholder and/or principal of SHAOLIN EI DOJO, INC.,

and

SHAOLIN EI DOJO, INC.,

                  Defendants.
------------------------------------------------------------------

      Considering the Plaintiff's Notice of Dismissal based upon the settlement between the Parties in the instant action, it is hereby

      ORDERED, that the instant action be dismissed in its entirety without costs to either party, pursuant to Rule 41(a)(1)of the Federal Rules of Civil Procedure.

It is SO ORDERED this 24th day of February, 2020.

                                                      /s/ Rachel Kovner_____
                                                      HON.  RACHEL P. KOVNER
                                                      UNITED STATES DISTRICT JUDGE